IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERNIE GUSTAV HALT,<br><br>            Plaintiff,<br><br>  vs.<br><br>ERIN CAREY and BLM FIELD OFFICE,<br><br>            Defendants. | CV 24–69–M–DLC<br><br><br>ORDER |

On May 16, 2024, Plaintiff filed a Complaint against Defendants. (Doc. 1.) Because Plaintiff failed to request a summons or serve the Complaint on March 10, 2025, the Court issued an order to show cause why this matter should not be dismissed. (Doc. 3.) On March 24, 2025, Plaintiff filed a response to the show cause order, (Doc. 4); however, to this date, Plaintiff has failed to comply with the Federal Rules of Civil Procedure. Plaintiff further failed to show good cause, as required by Federal Rule of Civil Procedure 4(m). As of the date of this order, it has been 516 days since Plaintiff filed his Complaint.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED. The Clerk of Court is directed to close this case file.

DATED this 14th day of October, 2025.

-1-

Dana L. Christensen, Chief District Judge
United States District Court