UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERNIE GUSTAV HALT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ERIN CAREY and BLM FIELD OFFICE,<br><br>　　　　　Defendants. | Case No. CV-24-69-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in accordance with the order dated October 14, 2025 (Doc. 5), this matter is DISMISSED.

　　Dated this 14th day of October, 2025

　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　　　　By:　/s/ Sarah Nagy
　　　　　　　　　　　　　　　Deputy Clerk